```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

WAYNE STUMPF, ET AL.                         CIVIL ACTION

VERSUS                                       NO: 06-8921

STATE FARM FIRE AND                          SECTION: "J" (5)
CASUALTY COMPANY, ET AL.
```

**ORDER AND REASONS**

Before the Court is plaintiffs' Motion to Remand. (Doc. 6.) The motion is opposed. The Court concludes that plaintiffs have improperly joined State Farm's claims adjuster. The claims adjuster was an agent for State Farm, so she did not owe a duty to plaintiff to properly adjust the claim. Insufficient allegations are made that the agent took on some special duty to plaintiffs over and above State Farm's duty to properly adjust the claim. State Farm is liable if its adjuster mishandled the claim. *See Rosinia v. Lexington Ins. Co.*, 2006 WL 3141247 (E.D. La., Oct 31, 2006) and cases cited therein.

Accordingly,

**IT IS ORDERED** that plaintiff's Motion to Remand is **DENIED**;

**IT IS FURTHER ORDERED** that the claims against defendant Kim Banks are **DISMISSED** with prejudice.

New Orleans, Louisiana this the 4th day of April, 2007.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE